UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MILLER & SCHROEDER
INVESTMENT CORPORATION,

Plaintiff,

v.

PRESIDENT R.C.-ST. REGIS
MANAGEMENT COMPANY and
ST. REGIS MOHAWK TRIBE,

Defendants.

CIVIL NO. 00-2244 (DSD)

ORDER OF RECUSAL

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses himself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

Dated: October 4, 2000

JOHN M. MASON
United States Magistrate Judge

(2)

Filed OCT 04 2000
Francis E. Dosal, Clerk
Judgment Entered
Deputy Clerk's Initials

FILE COPY

Date: October 6, 2000 jr

RECORD OF DOCKET TEXT

0:00-cv-02244 Miller & Schroeder I v. President R.C.-St

DOCKET ENTRY

ORDER OF RECUSAL (Magistrate Judge John M. Mason) Case referred to Magistrate Judge Franklin L. Noel (4-00 AD 313) 1pg(s) (cc: all counsel)

Hon. David S Doty, Judge

THIS NOTICE SENT TO ALL COUNSEL