# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Miller & Schroeder Investments Corporation, a Minnesota corporation,

Case No. Civil 00-2244 DSD/FLN

v.

**JUDGMENT IN A CIVIL CASE**

President R.C. -St. Regis Management company a New York general partnership,

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

Plaintiff's motion for summary judgment is granted and defendant's counterclaims are dismissed with prejudice.

DATE: February 21, 2002

RICHARD D. SLETTEN, CLERK

Julie Rustad, Deputy Clerk