**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Miller & Schroeder Investments Corporation, a Minnesota Corporation,

Plaintiff,

vs.

President R.C.-St. Regis Management Company, a New York General Partnership.

Defendant.

File No. 00-2244(DSD/FLN)

**STIPULATION FOR AWARD OF COSTS AND ATTORNEYS' FEES**

---

WHEREAS, on February 21, 2002, the Court entered summary judgment for plaintiff Miller & Schroeder Investments Corporation ("Miller & Schroeder") on its claims against defendant President R.C.-St. Regis Management Company ("President R.C.") and dismissed with prejudice President - R.C.'s counterclaims against Miller & Schroeder;

WHEREAS, under section 13 of the two February 24, 1999 Promissory Notes at issue in this case, representing loans in the amount of $8,690,000 and $3,492,000, the parties agreed that:

> 13. **<u>COSTS OF COLLECTION</u>**. In the event of any Default hereunder the Undersigned agrees to reimburse the Holder for the costs of collection, including arbitration and court costs (if any) and reasonable attorneys' fees (after Default but prior to arbitration, during arbitration, during enforcement of action with respect to an arbitration award and on appeal) incurred in collecting the indebtedness secured hereby, or in exercising or defending, or obtaining the right to exercise, the rights of Lender hereunder, under the Loan Agreement or under the Escrow Agreement, whether an arbitration proceeding or action to compel arbitration or enforce an arbitration award be brought or not, and in bankruptcy, insolvency, arrangement, reorganization and other debtor-relief proceedings, in other court proceedings brought in accordance with the Loan Agreement, or otherwise in accordance with the Loan Agreement, and all costs and expenses

FILED 3-28-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

incurred by Lender in protecting or preserving the property and interests which are subject to the Loan Agreement and the Escrow Agreement.

WHEREAS, the parties agree that pursuant to section 13 of both February 24, 1999 Promissory Notes, ~~President R.C. is liable to Miller & Schroeder for a total of $56,000;~~ attorneys' fees of $56,000 are fair and reasonable. [RAK/BEP]

~~WHEREAS,~~ The parties respectfully request that the Court enter an Order granting Miller & Schroeder Investments Corporation $56,000 in costs and attorneys' fees.

Dated: 3-19, 2002

DORSEY & WHITNEY LLP

By Brian E. Palmer
Brian E. Palmer #83653
Marianne D. Short #100596
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

Attorneys for Miller & Schroeder Investments Corporation

Dated: 3-20, 2002

KELLY & BERENS, P.A.

By Richard A. Kaplan
Richard A. Kaplan #64877
Daniel C. Bryden #0302284
3720 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 349-6171

Attorneys for President R.C.-St. Regis Management Company

**IT IS HEREBY ORDERED:**

Defendant President R.C.-St. Regis Management Company shall pay plaintiff Miller & Schroeder Investments Corporation $56,000 as an award of costs and attorneys' fees pursuant to section 13 of the February 24, 1999 Promissory Notes in the amounts of $8,690,000 and $3,492,000.

Dated: 3/28, 2002

The Honorable David S. Doty
United States District Court Judge