UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | | |
|---|---|---|
| Miller & Schroeder Investments Corporation, a Minnesota Corporation,<br><br>Plaintiff,<br><br>v.<br><br>President R.C.-St. Regis Management Company, a New York General Partnership.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | File No. 00-2244 (DSD/FLN)<br><br>**STIPULATION FOR AWARD OF DAMAGES** |

---

WHEREAS, on February 21, 2002, the Court entered summary judgment for plaintiff Miller & Schroeder Investments Corporation ("Miller & Schroeder") on its claims against defendant President R.C.-St. Regis Management Company ("President R.C.") and dismissed with prejudice President R.C.'s counterclaims against Miller & Schroeder;

WHEREAS, Miller & Schroeder loaned President R.C. $8,690,000, represented by a Promissory Note dated February 24, 1999 ("First Note");

WHEREAS, under section three of the First Note, interest accrued on the principal balance at an annual rate of 9.75%;

WHEREAS, Miller & Schroeder loaned President R.C. $3,492,000, represented by a Promissory Note dated February 24, 1999 ("Second Note");

WHEREAS, under section three of the Second Note, interest accrued on the principal balance at an annual rate of 10.25%;

APR 17 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

WHEREAS, under sections 3(a) of the First Note and the Second Note, interest shall commence as to the principal balances on February 24, 1999;

WHEREAS, under sections 4 of the First Note and the Second Note, interest shall be computed on the basis of a 360 day year consisting of twelve (12) thirty (30) day months;

WHEREAS, President R.C. made interest payments to Miller & Schroeder from March 1999 through January 2000;

WHEREAS, on April 20, 2000, Miller & Schroeder declared President R.C. in default under both the First Note and the Second Note;

WHEREAS, upon default, under section 3(b) of the First Note, the interest rate under the First Note increased from 9.75% to 13.75%;

WHEREAS, upon default, under section 3(b) of Second Note, the interest rate under the Second Note increased from 10.25% to 14.25%;

WHEREAS, President R.C. owes Miller & Schroeder $8,690,000 in principal under the First Note;

WHEREAS, President R.C. owes interest under the First Note at the rate of 9.75% calculated from February 24, 1999, through April 19, 2000, in the total amount of $211,818.75;

WHEREAS, President R.C. owes interest under the First Note at the rate of 13.75% calculated from April 20, 2000, through February 20, 2002, in the total amount of $2,190,604.17;

WHEREAS, President R.C. owes Miller & Schroeder $3,492,000 in principal under the Second Note;

WHEREAS, President R.C. owes interest under the Second Note at the rate of 10.25% calculated from February 24, 1999, through April 19, 2000, in the total amount of $89,482.50;

WHEREAS, President R.C. owes interest under the Second Note at the rate of 14.25% calculated from April 20, 2000, through February 20, 2002, in the amount of $912,285.00;

WHEREAS, under section 5 of the First Note and the Second Note, President R.C. owes Miller & Schroeder a servicing fee computed as follows:

> **5. <u>SERVICING FEE</u>.** A servicing fee on the unpaid principal balance of this Note from time to time outstanding (computed on the same basis as interest pursuant to Section 4) shall accrue with respect to the Principal Balance from the date hereof at a per annum rate equal to one-fourth of one percent (0.25%) to May 20, 1999, and one-eighth of one percent (0.125%) thereafter to the Maturity Date. Such servicing fee shall be payable by the Undersigned to the Lender on each Monthly Payment Date and any accrued but unpaid servicing fee shall also be payable upon prepayment in full of this Note and upon maturity of this Note.

WHEREAS, by later amendment in the December 23, 1999 Amendment to Loan Agreements and Escrow Agreement, the May 20, 1999 date identified in the preceding paragraph was effectively changed to July 20, 2000;

WHEREAS, the maturity date of the First Note and the Second Note is April 20, 2004;

WHEREAS, through February 20, 2002, President R.C. owes Miller & Schroeder $28,061.49 as a servicing fee pursuant to section 5 of the First Note;

WHEREAS, through February 20, 2002, President R.C. owes Miller & Schroeder $11,276.25 as a servicing fee pursuant to section 5 of the Second Note;

WHEREAS, the parties agree that as of February 21, 2002, President R.C. owes Miller & Schroeder a total of $11,092,422.92 in interest and principal under the First Note and a total of $28,061.49 in servicing fees under the First Note for a total of $11,120,484.41 under the First Note;

WHEREAS, the parties agree that as of February 21, 2002, President R.C. owes Miller & Schroeder a total of $4,493,767.50 in interest and principal under the Second Note and a total of

$11,276.25 in servicing fees under the Second Note for a total of $4,505,043.75 under the Second Note;

WHEREAS, President R.C. owes Miller & Schroeder interest on the $11,120,484.41 due under the First Note at a rate of 2.24% pursuant to 28 U.S.C. § 1961(a) beginning on February 21, 2002, until payment; and

WHEREAS, President R.C. owes Miller & Schroeder interest on the $4,505,043.75 due under the Second Note at a rate of 2.24% pursuant to 28 U.S.C. § 1961(a) beginning on February 21, 2002, until payment.

The parties respectfully request that the Court enter an Order and Judgment granting Miller & Schroeder Investments Corporation $11,120,484.41 in damages under the First Note and $4,505,043.75 in damages under the Second Note, with interest to accrue on both amounts pursuant to 28 U.S.C. § 1961(a) at a rate of 2.24% from February 21, 2002, through the date of payment.

Dated: April 15, 2002

DORSEY & WHITNEY LLP

By Brian E. Palmer

Brian E. Palmer #83653
Marianne D. Short #100596
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

Attorneys for Miller & Schroeder Investments Corporation

Dated: April 16, 2002

KELLY & BERENS, P.A.

By Richard A. Kaplan
Richard A. Kaplan #64877
Daniel C. Bryden #0302284
3720 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 349-6171

Attorneys for President R.C.-St. Regis Management Company

**IT IS HEREBY ORDERED:**

1. Defendant President R.C.-St. Regis Management Company shall pay plaintiff Miller & Schroeder Investments Corporation $11,120,484.41 as damages under the First Note, with interest to accrue on that amount pursuant to 28 U.S.C. § 1961(a) at a rate of 2.24% from February 21, 2002, through the date of payment.

2. Defendant President R.C.-St. Regis Management Company shall pay plaintiff Miller & Schroeder Investments Corporation $4,505,043.75 as damages under the Second Note, with interest to accrue on that amount pursuant to 28 U.S.C. § 1961(a) at a rate of 2.24% from February 21, 2002, through the date of payment.

Dated: April 16, 2002

The Honorable David S. Doty
United States District Court Judge